| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|

United States District Court
Southern District of Texas
**ENTERED**
June 11, 2020
David J. Bradley, Clerk

Roberto Berdeja Rubio, §
   Petitioner, §
  §
v. §    Civil Action H-19-4713
  §
Harbor Freight Tools, §
   Respondent. §

## Order of Adoption

On April 3, 2020, Magistrate Judge Peter Bray filed a memorandum and recommendation (20) recommending that the court dismiss this case with prejudice. Roberto Berdeja Rubio filed objections. (22, 23) The court denies Rubio's objections and adopts the memorandum and recommendation as its memorandum and opinion. The court will issue a separate final judgment.

Signed June _10_, 2020, at Houston, Texas.

Lynn N. Hughes
United States District Judge